FRANK SIFKOWITZ, Respondent, *v.* INTERNATIONAL RAILWAY COMPANY, Appellant.

(Argued October 12, 1928; decided October 26, 1928.)

*Noel S. Symons, John J. K. Caskie* and *Robert E. Miller* for appellant.

*Julius A. Grass* and *Alfred W. Mowitz* for respondent.

no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.